# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2127 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | |
| v. | : | No. 159 DB 2014 |
| | : | |
| | : | |
| MICHAEL E. FLAHERTY, | : | Attorney Registration No. 50920 |
| Respondent | : | (Allegheny County) |

## O R D E R

**PER CURIAM:**

AND NOW, this 15th day of January, 2015, there having been filed with this Court by Michael E. Flaherty his verified Statement of Resignation dated December 10, 2014, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Pa.R.D.E. 215, it is

ORDERED that the resignation of Michael E. Flaherty is accepted; he is disbarred on consent from the Bar of the Commonwealth of Pennsylvania; and he shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).